IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK JOHNSON,

       Plaintiff,                              CV F 05 0229 REC WMW   P

   vs.                                       ORDER

B. ELLIS, et al.,

       Defendants.

       Plaintiff is a federal prisoner proceeding pro se. On March 28, 2005, the court dismissed the operative complaint and granted plaintiff leave to file an amended complaint. Plaintiff has since filed two notices of change of address. The court will grant plaintiff a thirty day extension of time in which to file an amended complaint in compliance with the March 28, 2005, order.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk's Office is directed to send to plaintiff the March 28, 2005, order.

       2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:     November 16, 2005**              /s/  **William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE